IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08CR3126 |
| ) | |
| DAVID MUNOZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion, filing no. 22. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Motion to Continue Trial (filing no. 23) restricted.

IT IS FURTHER ORDERED that said Motion be made available to case participants only.

DATED this 26th day of March, 2009.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge