IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Case No. 4:08CR3126 |
| DAVID MUNOZ, | ) ) ) |
| Defendant. | ) |

**ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Trial, filing no. 23, from April 6, 2009, for a plea and/or status hearing in approximately 90 days. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the motion is granted and defendant's case shall be continued for a plea and/or status hearing until the 1st day of July, 2009, at 2:00 p.m. before the undersigned magistrate judge In Courtroom 2. The defendant is ordered to appear at said time. This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing defendant's trial. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from today's date until the date next set shall be excludable time pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 26th day of March, 2009.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge