IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3126 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID MUNOZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion to seal, filing no. 33, is granted and the clerk is directed to maintain filing no. 34 as a sealed document.

DATED this 3rd day of June, 2009.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge