IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DAVID MUNOZ,  )<br>  )<br>Defendant.  ) | Case No.  4:08CR3126 |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Status/Plea Hearing, filing 39, from July 1, 2009, for approximately 60 days.  The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's case shall be continued for a plea and/or status hearing until September 1, 2009, at 12:30 p.m. before the undersigned United States district judge.  The defendant is ordered to appear at said time.  This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing defendant's status/plea hearing.  Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial.  Accordingly, the time from today's date until the date next set shall be excludable time pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 26th day of June, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge