IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3126 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID MUNOZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The government's unopposed motion to continue the plea hearing set for today, (filing no. 72), is granted.

2) For the reasons set forth in the government's motion, the court finds the ends of justice served by granting defendant's request to continue his change the plea hearing outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the anticipated plea of guilty, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act. 18 U.S.C. § 3161(h)(7).

3) A status conference will be held before the undersigned magistrate judge on March 24, 2011 at 1:00 p.m. Unless the court later orders otherwise, the defendant may, but need not attend the status conference. If the defendant attends, the status conference will be held in Courtroom 2, Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. If the defendant does not attend, the status conference will be held in chambers.

DATED this 21st day of September, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge