IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3126 |
| | ) | |
| V. | ) | |
| | ) | |
| DAVID MUNOZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the plaintiff's motion for dismissal (filing 74) is granted.

DATED this 1st day of September, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge